IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

PIERCE MCINTOSH, BETTY DAVIS,
ROY STANFORD, LESTER WILLIAMS,
ANNIE THOMPSON, and FRANK BROWN, PLAINTIFFS,

VS. CIVIL ACTION NO. 4:10CV072-P-S

HALEY BARBOUR, in His Official Capacity
as Governor of the State of Mississippi;
JAMES HOOD, in His Official Capacity as
Attorney General of the State of Mississippi; and
THE MISSISSIPPI DEPARTMENT OF
EDUCATION, DEFENDANTS.

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The plaintiffs' motion for preliminary injunction [5] is **DENIED**;

(2) The defendants' motion to dismiss [16] is **GRANTED**; accordingly,

(3) All of the plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**; and

(4) This case is **CLOSED** with the parties to bear their own costs.

**SO ORDERED** this the 14th day of December, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE